*being us[?] st cause for de[?]...*

*AGehe, J.*

4  4/3

4-4

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                              SUPERIOR COURT DEPARTMENT
                                          OF THE TRIAL COURT
                                          C.A. NO. SUCV2003-00323-B

**NOTIFY**

---
AMERICAN EDUCATION SERVICES/        )    2
PENNSYLVANIA HIGHER EDUCATION       )   notice sent
 ASSISTANCE AGENCY                  )
        Plaintiff                   )    4-4-03
                                    )
                                    )    DEC
v.                                  )    MDW
                                    )    F+W
DOUGLAS E. CAMPBELL                 )    e.
        Defendant                   )
---

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
**PURSUANT TO MASS. R. CIV. P. 55(b)(1)**

The plaintiff in the above-captioned action, American Education Services/Pennsylvania Higher Education Assistance Agency, moves that this Court enter default judgment against the defendant, Douglas E. Campbell, in the amount of $24,829.83 plus interest in the amount of $128.21 from January 22, 2003 through March 31, 2003 on Count I of the Complaint; and $27,644.67 plus interest in the amount of $142.76 from January 22, 2003 through March 31, 2003 on Count II of the Complaint; $4,147.51 plus interest in the amount of $21.45 from January 22, 2003 through March 31, 2003 on Count III of the Complaint; $28,309.19 plus interest in the amount of $146.20 from January 22, 2003 through March 31, 2003 on Count IV of the Complaint; and $17,926.40 plus interest in the amount of $93.41 from January 22, 2003 through March 31, 2003 on Count V of the Complaint. In support hereof, the Plaintiff files herewith the Affidavit of Patricia Walton and states as follows:

1. The total amount due the Plaintiff is $103,389.63.

2. The time under the Rules of Civil Procedure within which the Defendant shall serve a responsive pleading or otherwise defend has expired and the Defendant has failed to

*[Left margin handwritten note:] Defendant having failed to appear and answer the Complaint, it is ADJUDGED that Plaintiff recover of the Defendant the amount of $103,389.63. 4/4/03*

*[Right margin handwritten note:] The Defendant having failed to appear and answer the Complaint and upon Plaintiff's motion to enter judgment for want of cause for delay.*

## MEMORANDUM

**DATE:** September 2, 2004

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Nancy M. Rojas
Financial Litigation Unit
U.S. Attorney's Office

**RE:** <u>U.S. v. DOUGLAS E. CAMPBELL</u>

Attached is a certified copy of the above-referenced Judgment entered in Suffolk Superior Court of Massachusetts.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 90 Warren Street, apt. 208, Roxbury, MA 02119.

If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

**MBD No.** 04 MBD 10237

**Dated:** 9/2/04