UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 04-MC-10237 |
| DOUGLAS E. CAMPBELL ) | |
| ) | |
| Defendant, ) | |
| ) | |
| *and* ) | |
| ) | |
| MAIMONIDES MEDICAL CENTER ) | |
| ) | |
| Garnishee. ) | |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Pursuant to 28 U.S.C. § 3205(b)(1), the Federal Debt Collection Procedures Act, the Plaintiff, United States of America, petitions the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon wages, which Maimonides Medical Center, located at Human Resources 4802 Tenth Avenue, Brooklyn, NY is believed to disburse to the Defendant, Douglas E. Campbell (hereinafter "Campbell") to satisfy a $121,271.47 judgment entered against Campbell.

In support, the United States says:

1. On September 8, 2004, a $121,271.47 judgment was entered against Campbell, social security number 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, last known address of 4801 Fort Hamilton Parkway, Brooklyn, NY 11219 in the United States District Court for the District of Massachusetts.

  2. Campbell is indebted to the United States for the judgment amount of $121,271.47; plus accrued interest at the rate of 2.03 percent per annum. The total balance as of May 5, 2005 is $122,881.35.

  3. The United States made demand for payment of the aforementioned debt upon Campbell not less than 30 days prior to the date of this Application, and Campbell has failed to satisfy the debt.

  4. The United States believes the Garnishee, Maimonides Medical Center, disburses wages to Campbell, and that Campbell has a substantial nonexempt interest in such wages.

  WHEREFORE, the United States of America petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon wages, which Maimonides Medical Center is believed to disburse to Campbell, to satisfy the $121,271.47 judgment entered against Campbell on September 8, 2004.

               Respectfully submitted,

               UNITED STATES OF AMERICA
               By its attorneys

               MICHAEL J. SULLIVAN
               United States Attorney

     By:

               /s/ Christopher R. Donato
               CHRISTOPHER R. DONATO
               Assistant U.S. Attorney
               1 Courthouse Way, Suite 9200
               Boston, MA  02210
               (617) 748-3303

Dated:  May 5, 2005