UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOUGLAS E. CAMPBELL | )    04-MC-10237 |
| | ) |
| Defendant, | ) |
| | ) |
| *and* | ) |
| | ) |
| MAIMONIDES MEDICAL CENTER | ) |
| | ) |
| Garnishee. | ) |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Douglas E. Campbell, last known address of 4801 Fort Hamilton Parkway, Brooklyn, NY, 11219, was served by certified mail the following documents:

1. Copy of Application for Writ of Continuing Garnishment.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

5. Request for Hearing

The United States of America further certifies that on the date set forth below, the Garnishee, Maimonides Medical Center, Human Resources, 4802 Tenth Avenue, Brooklyn, NY, 11219, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.
2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.
3. Answer of the Garnishee and accompanying instructions.

                                             Respectfully submitted,

                                             MICHAEL J. SULLIVAN
                                             United States Attorney

By:   /s/ Christopher R. Donato
       CHRISTOPHER R. DONATO
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3303

Date: May 16, 2005