UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,                )
                                 )
        v.                        )
                                 )    04-MC-10237
DOUGLAS E. CAMPBELL              )
                                 )
        Defendant,                )
                                 )
        and                       )
                                 )
MAIMONIDES MEDICAL CENTER        )
                                 )
        Garnishee.                )

## ANSWER OF THE GARNISHEE

__Damiano Marino_____, being duly sworn deposes and says:
         (Affiant)


IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of

   _____.
        (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

   That he/she is the Vice President (State Official Title) of Garnishee, Maimonides Medical Center
                     Finance
   a corporation, organized under the laws of the State of __New York_____.
    New York Not-For-Profit

On  June 21, 2005  , Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

Yes ____     No __✓__

1. Defendant was in my/our employ.

2. Pay period is ___ weekly, _X_ bi-weekly ___ semi-monthly, ___ monthly.

   Enter date present pay period began.  June 30, 2005  .

   *(Present means the pay period in which this order and notice of garnishment were served)*

   Enter date above pay period ends.  July 13, 2005  .

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                          $ 3,658.28

   (b) Federal income tax                 $ 725.92

   (c) F.I.C.A. income tax                $ 280.19

   (d) State income tax                   $ 337.40

   Total of tax withholdings              $ 1,343.51

   Net Wages                              $ 2,314.77
   (a less total of b,c,d)

4. Have there been previous garnishments in effect?   Yes ____   No _x_

   If the answers is yes, describe below.

   _____

   _____

5. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. N/A | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ N/A | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

If you deny that you hold property subject to this order of garnishment, check the applicable line below.

___ The Garnishee makes the following claim of exemption on the part of Defendant:

   N/A _____.

___ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim: _____

   N/A _____. The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to: (1) Douglas E. Campbell, 4801 Fort Hamilton Parkway, Brooklyn, NY 11219; and (2) Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

MAIMONIDES MEDICAL CENTER

_____
Garnishee
by: Damiano Marino, Vice President, Finance

Subscribed and sworn to before me this 27th day of July 2005

_____
Notary Public

My Commission expires:

BATTIPAGLIA THERESA
Notary Public, State of New York
No. 01BA5021446
Qualified in Kings County
Commission Expires Dec. 13, 20__

4

UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS E. CAMPBELL,<br><br>Defendant,<br><br>and<br><br>MAIMONIDES MEDICAL CENTER,<br><br>Garnishee. | AFFIDAVIT OF SERVICE<br><br>No. 04-MC-10237 |

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF KINGS     )

Edward I. Weiner being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age, resides at 2400 Henry Street, North Bellmore, New York 117102. On July 27, 2005 deponent personally served the within Anser of the Garnishee by mailing a true copy thereof to each of the following persons at the last known address set forth after each name:

>United States Attorney's Office
>Financial Litigation Unit
>John Joseph Moakley United States Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA 02210
>Attn: Nancy Rojas, Esq.

And

Douglas E. Campbell
4801 Fort Hamilton Parkway
Brooklyn, New York 11219

_____
Edward I. Weiner

Sworn to before me this 27th day
of July, 2005

_____
Notary Public

BATTIPAGLIA THERESA
Notary Public, State of New York
No. 01BA5021445
Qualified in Kings County
Commission Expires Dec. 13, 20 25