UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS E. CAMPBELL, | ) | 04-MC-10237 |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MAIMONIDES MEDICAL CENTER, | ) | |
| Garnishee. | ) | |

**ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Maimonides Medical Center, is to disburse fifteen (15) percent of Douglas E. Campbell's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Attn.: USAO # 2004Z00238 - Douglas E. Campbell; until Douglas E. Campbell's $121,271.47 judgment debt; plus 2.03 percent interest per annum on the principal amount as of the date of judgment, plus costs, is satisfied.

APPROVED:                                    SO ORDERED:

_____              _____
UNITED STATES DISTRICT JUDGE         DEPUTY CLERK
                                     UNITED STATES DISTRICT COURT

DATED: